Leila Sayed-Taha (SBN 5601463)
Taha Law Offices
11720 San Pablo Ave., Ste. C
El Cerrito, CA 94530
Telephone: (415) 949-0651
Email: leila@tahalawoffices.com

Attorney for Petitioner

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

AUGUSTINE KARIUKI NJOROGE,

Petitioner,

v.

MARKWAYNE MULLIN, ET AL.,

Respondents.

Case No.: 1:26-cv-07866-DJC-AC (HC)

**ORDER GRANTING REQUEST TO SEAL**

**ORDER GRANTING REQUEST TO SEAL**

Having considered Petitioner's Request to Seal Document under Local Rule 141 and the supporting declaration, and finding that compelling reasons support sealing, the Court ORDERS as follows:

1. Petitioner's Request to Seal is GRANTED.
2. Exhibit N to the Declaration of Leila Sayed-Taha (Psychological Assessment of Racheal A. Yelverton) shall be filed and maintained UNDER SEAL, accessible only to the Court and the parties, until further order of the Court.
3. The slip sheet filed on the public docket in place of Exhibit N shall remain part of the public record.

IT IS SO ORDERED.

Dated: October 14, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE